1  RICHARD L. TOBLER, ESQ.
   Nevada Bar No.: 4070
2  rltltd@hotmail.com
   RICHARD L. TOBLER, LTD.
3  3654 N. Rancho Drive, Suite 102
   Las Vegas, Nevada 89130-3179
4  (702) 256-6000 / (702) 256-2248 FAX
   rltltd@hotmail.com
5  Attorney for Plaintiff, *Platinum Realty and Holdings, LLC*

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8

9  PLATINUM REALTY AND HOLDINGS LLC,  Case No.: **2:13-cv-00535-GMN-NJK**
   a Nevada limited liability company,

10

11              Plaintiff,                    **STIPULATION TO EXTEND TIME TO FILE ANSWER TO COUNTERCLAIMS**

12  vs.

13  RANDALL M. LEE, individually; WELLS     **AND ORDER THEREON**
    FARGO BANK, N.A.; All other persons
14  unknown claiming any right, title, estate, lien
    or interest in the real property described in
15  the Complaint adverse to Plaintiff's
    interests, or any cloud upon Plaintiff's title
16  thereto; DOES 1 through 10, inclusive, ROE
    ENTITIES 1 through 5, inclusive,

17              Defendants.

18

19

20       The parties, by and through their undersigned counsel, hereby stipulate to permit Plaintiff

21  an extension in which to Answer to the Counterclaims of Defendant Wells Fargo Bank, N.A.,

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1  which extension for said filing shall be up to and including November 5, 2015.

2  DATED this 23rd day of September, 2015.

| RICHARD L. TOBLER, LTD. | SNELL & WILMER, L.L.P. |
|---|---|
| By: /s/ Richard L. Tobler, Esq.<br>Richard L. Tobler, Esq.<br>Nevada Bar No. 04070<br>3654 N. Rancho Drive, Suite 102<br>Las Vegas, Nevada 89130-3179<br>Telephone: (702) 256-6000<br>Attorney for Plaintiff | By: /s/ Jared C. Fields, Esq.<br>Jared C. Fields, Esq.<br>Nevada Bard No. 9311<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Attorney for Wells Fargo Bank, N.A. |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 09/24/2015

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing **STIPULATION TO EXTEND TIME TO FILE ANSWER TO COUNTERCLAIMS** on the 24 th day of September, 2015, to all parties and counsel as identified on the Court generated Notice of Electronic Filing.

*[signature]*
Cheri Kremenek, an employee of
RICHARD L. TOBLER, LTD.