# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, | |
| Plaintiff(s), | Case No. 2:13-cv-00535-GMN-NJK |
| vs. | ORDER |
| RANDALL M. LEE, et al., | |
| Defendant(s). | |

Pending before the Court is a joint proposed discovery plan seeking approximately 304 days to conduct discovery. *See* Docket No. 61 at 7. The presumptively reasonable discovery period is 180 days. *See* Local Rule 26-1(e)(1). The primary reason provided by the parties for exceeding the presumptively reasonable discovery period is that counsel are all litigating many similar lawsuits. *See* Docket No. 61 at 5. That is not good reason to extend the discovery period. *See, e.g.*, *Nationstar Mortgage LLC v. Aurora Canyon Homeowners Association*, Case No.2:15-cv-1308-MMD-NJK (D. Nev. Aug. 21, 2015) (Docket No. 26) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, *3 (D. Nev. June 3, 2015)). The parties next assert that "[a]dditional time is also needed to locate and produce all relevant documents, conduct depositions, and other discovery that may be required." Docket No. 61 at 5. Such a bald statement is plainly insufficient to extend the presumptively reasonable discovery period at all, much less for five months.

//

//

As such, the proposed discovery plan is hereby **DENIED** without prejudice. The parties shall file, no later than December 23, 2015, an amended joint proposed discovery plan submitted in compliance with Local Rule 26(e)(1).

IT IS SO ORDERED.

DATED: December 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge