Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex F. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: asorenson@swlaw.com
Email: afugazzi@swlaw.com
Email: tpeters@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, a Nevada Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL M. LEE, individually; WELLS FARGO BANK, N.A.; All other persons unknown claiming any right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's interests, or any cloud upon Plaintiff's title thereto; DOES 1 through 10, inclusive; ROE ENTITIES 1 through 5, inclusive.<br><br>Defendants. | CASE NO. 2:13-cv-00535-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DUE DATES ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| WELLS FARGO BANK, N.A., a national association,<br><br>Counterclaimant,<br><br>vs.<br><br>PLATINUM REALTY AND HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Counter Defendant. | |

| | |
|---|---|
| 1 | WELLS FARGO BANK, N.A., a national association, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| | vs. |
| 4 | |
| 5 | SILVERADO HOMEOWNERS ASSOCIATION; DOES 1-10, inclusive, |
| 6 | Third-Party Defendants. |

Pursuant to Fed R. Civ. Proc. 54 and LR 6-1, Defendant and Counter-Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") together with Plaintiff and Counter-defendant Platinum Realty and Holdings, LLC ("Platinum"), and Defendant Silverado Homeowners Association ("HOA") (jointly, the "Parties"), by and through their respective counsel, hereby stipulate to extend the Reply due dates in support of their Motions for Summary Judgment as follows:

WHEREAS, on July 25, 2016, the HOA filed its Response to Wells Fargo's Motion for Summary Judgment, and Wells Fargo's Reply in Support is due August 11, 2016;

WHEREAS, on July 26, 2016, Platinum filed its Response to Wells Fargo's Motion for Summary Judgment, and Wells Fargo's Reply in Support is due August 12, 2016;

WHEREAS, on July 29, 2016, Wells Fargo filed its Oppositions to the HOA's and Platinum's Motions for Summary Judgment, and Platinum and the HOA's Reply briefs are due August 15, 2016;

WHEREAS, due to the schedules of counsel and additional time needed to prepare responses to the respective Motions for Summary Judgment;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The briefing schedule shall be amended as follows:

- Wells Fargo's Reply Briefs in Support of its Motion for Summary Judgment: August 26, 2016

- 2 -

- Platinum's Reply in Support of its Motion for Summary Judgment: August 29, 2016
- HOA's Reply in Support of its Motion for Summary Judgment: August 29, 2016

DATED this 1st day of August, 2016.

LEACH JOHNSON SONG & GRUCHOW

By: ___*/s/ Ryan Hastings*___
    Sean L. Anderson
    Ryan Hastings
    8945 W. Russell Road #330
    Las Vegas, NV 89148
    *(signed with permission)*
    *Attorneys for Silverado Homeowners' Association*

DATED this 1st day of August, 2016.

SNELL & WILMER L.L.P.

By: ___*/s/Tanya N. Peters*___
    Amy F. Sorenson
    Jared C. Fields
    Tanya N. Peters
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Wells Fargo Bank, N.A.*

DATED this 1st day of August, 2016.

LAW OFFICE OF MIKE BEEDE

By: ___*/s/ Cheryl Grames*___
    Michael N. Beede
    Cheryl Grames
    2300 W. Sahara Avenue #420
    Las Vegas, NV 89102
    *(signed with permission)*
    *Attorneys for Platinum Realty & Holdings, LLC*

## **ORDER**

**IT IS ORDERED THAT t**he briefing schedule for the parties' Motions for Summary Judgment shall be amended as follows:

- Wells Fargo's Reply Briefs in Support of its Motion for Summary Judgment: August 26, 2016
- Platinum's Reply in Support of its Motion for Summary Judgment: August 29, 2016
- HOA's Reply in Support of its Motion for Summary Judgment: August 29, 2016

**IT IS SO ORDERED.**

DATED: _____August 1_____, 2016.

_____
HON. GLORIA M. NAVARRO

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND REPLY DUE DATES IN SUPPORT OF PARTIES' MOTIONS FOR SUMMARY JUDGMENT** by the method indicated:

| | |
|---|---|
| __X__ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| __X__ | Electronic Service via CM/ECF |
| _____ | E-mail |

and addressed to the following:

Michael N. Beede
Cheryl Grames
2300 W. Sahara Avenue #420
Las Vegas, NV 89102
*Attorneys for Platinum Realty & Holdings, LLC*

Office of the Attorney General
Attn: Gina Long
555 E. Washington Ave.
Suite 3900
Las Vegas, NV 89101

*Via Certified and Regular Mail*

Sean L. Anderson
Ryan Hastings
8945 W. Russell Road #330
Las Vegas, NV 89148
*Attorneys for Silverado Homeowners' Association*

DATED this 1st day of August, 2016.

/s/ *Debbie Withers*
An employee of Snell & Wilmer L.L.P.

24567765