MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff/Counter-Defendant Platinum Realty and Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, a Nevada limited liability company, | CASE NO. 2:13-cv-00535-GMN-NJK |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION** |
| RANDALL M. LEE, individually; WELLS FARGO BANK, N.A.; All other persons unknown claiming any right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's interests, or any cloud upon Plaintiff's title thereto; DOES 1 through 10, inclusive; ROE ENTITIES 1 through 5, inclusive, | |
| Defendants. | |
| WELLS FARGO BANK, N.A., a national association, | |
| Counterclaimant, | |
| vs. | |
| PLATINUM REALTY AND HOLDINGS, LLC, a Nevada limited liability company, | |
| Counter-Defendant. | |
| WELLS FARGO BANK, N.A., a national association, | |
| Third-Party Plaintiff, | |
| vs. | |

SILVERADO HOMEOWNERS
ASSOCIATION; DOES 1-10, inclusive,

Third-Party Defendants.

Plaintiff/Counter-Defendant Platinum Realty and Holdings, LLC hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

The Law Office of Mike Beede, PLLC will continue to represent Plaintiff/Counter-Defendant Platinum Realty and Holdings, LLC and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

LAW OFFICE OF MICHAEL BEEDE, PLLC

By: _/s/ Michael Beede, Esq._____
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
2300 W. Sahara Ave., #420
Las Vegas, NV 89102

IT IS SO ORDERED.

Dated: February 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge