# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> RANDALL M. LEE, et al., <br><br> Defendant(s). | Case No. 2:13-cv-00535-GMN-NJK <br><br> ORDER <br><br> (Docket No. 107) |

Before the Court is Plaintiff and Defendant Wells Fargo Bank, N.A.'s notice of settlement. Docket No. 107. The Court **ORDERS** Plaintiff and Defendant Wells Fargo Bank, N.A. to file a stipulation of dismissal no later than December 18, 2017.

IT IS SO ORDERED.

DATED: October 20, 2017

_____
Nancy J. Koppe
United States Magistrate Judge