```
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Alex F. Fugazzi, Esq.
Nevada Bar No. 9022
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: asorenson@swlaw.com
Email: afugazzi@swlaw.com
Email: tlewis@swlaw.com
```

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLATINUM REALTY AND HOLDINGS, LLC, a Nevada Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL M. LEE, individually; WELLS FARGO BANK, N.A.; All other persons unknown claiming any right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's interests, or any cloud upon Plaintiff's title thereto; DOES 1 through 10, inclusive; ROE ENTITIES 1 through 5, inclusive.<br><br>Defendants. | CASE NO. 2:13-cv-00535-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO SILVERADO HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| WELLS FARGO BANK, N.A., a national association,<br><br>Counterclaimant,<br><br>vs.<br><br>PLATINUM REALTY AND HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Counter Defendant. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | WELLS FARGO BANK, N.A., a national association,<br><br>           Third-Party Plaintiff,<br><br>vs.<br><br>SILVERADO HOMEOWNERS ASSOCIATION; DOES 1-10, inclusive,<br><br>           Third-Party Defendants. |

Pursuant to Fed R. Civ. Proc. 54 and LR 6-1, Defendant and Counter-Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") together with Plaintiff and Counter-defendant Platinum Realty and Holdings, LLC ("Platinum"), and Defendant Silverado Homeowners Association ("HOA") (jointly, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline to file a response to the HOA's Motion for Summary Judgment as follows:

WHEREAS, on October 30, 2017, the HOA filed its Motion for Summary Judgment.

WHEREAS, Plaintiff and Defendant Wells Fargo Bank, N.A. have entered into a settlement. Based on the pending settlement, the parties request a 30 day extension to filed its Response to the HOA's Motion for Summary Judgment.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The briefing schedule shall be amended as follows:

- Response to the HOA's Motion for Summary Judgment (if needed): December 13, 2017.

DATED this 31st day of October, 2017.

LEACH JOHNSON SONG & GRUCHOW

By: __/s/ Ryan Hastings__
   Sean L. Anderson
   Ryan Hastings
   8945 W. Russell Road #330
   Las Vegas, NV 89148
   *(signed with permission)*
   *Attorneys for Silverado Homeowners'
   Association*

DATED this 31st day of October, 2017.

SNELL & WILMER L.L.P.

By: __/s/ Tanya N. Lewis__
   Amy F. Sorenson
   Alex F. Fugazzi
   Tanya N. Lewis
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
   *Attorneys for Wells Fargo
   Bank, N.A.*

DATED this 31st day of October, 2017.

LAW OFFICE OF MIKE BEEDE

By: __/s/ Michael N. Beede__
   Michael N. Beede
   Cheryl Grames
   2300 W. Sahara Avenue #420
   Las Vegas, NV 89102
   *(signed with permission)*
   *Attorneys for Platinum Realty & Holdings,
   LLC*

## ORDER

**IT IS ORDERED THAT t**he briefing schedule for the parties' Motions for Summary Judgment shall be amended as follows:

- Response to HOA's Motion for Summary Judgment: Due December 13, 2017

**IT IS SO ORDERED.**

DATED this __2__ day of November, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND RESPONSE DUE DATES TO MOTION FOR SUMMARY JUDGMENT** by the method indicated:

| | |
|---|---|
| _____ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| \_\_X\_\_ | Electronic Service via CM/ECF |
| _____ | E-mail |

and addressed to the following:

Michael N. Beede
Cheryl Grames
2300 W. Sahara Avenue #420
Las Vegas, NV 89102
*Attorneys for Platinum Realty & Holdings, LLC*


Sean L. Anderson
Ryan Hastings
8945 W. Russell Road #330
Las Vegas, NV 89148
*Attorneys for Silverado Homeowners' Association*

DATED this 31st day of October, 2017.

/s/ *Nissa Riley*
An employee of Snell & Wilmer L.L.P.

4822-6005-6147

- 5 -